STATE OF MAINE                                    SUPERIOR COURT
SAGADAHOC, SS.                                    CIVIL ACTION
                                                  Docket No. CV-2019-28


MATTHEW POLLACK,                    )
              Petitioner,           )
                                    )
                                    )
        v.                          )            **ORDER ON MOTION**
                                    )            **TO RECONSIDER**
                                    )
MAINE SCHOOL                        )
ADMINISTRATIVE                      )
DISTRICT NO. 75,                    )
              Respondent.           )


The Petitioner has moved for reconsideration of this court's April 22, 2020 order. In doing so, the Petitioner has cited no authority to support a conclusion that the court's order was an abuse of discretion.

The Petitioner would have the court decide this matter without consideration of the document at issue. Following such a process would be inconsistent with the policy behind the exceptions to the Freedom of Access ("FOA") statute and the Law Court's FOA jurisprudence. Also, if the court were to consider the document in the current procedural posture of this matter and deny the petition, the Petitioner could appeal and argue persuasively that the document was not properly part of the record before the court. Either possibly faulty process can and should be avoided.

As noted in the April 22, 2020 order, when the previous procedural order was entered, the court presumed that the document at issue in this case was properly before the court and could be considered by the court in making its determination. If not for that possibly incorrect assumption, the October 10, 2020 procedural order would not have been entered.

For these reasons, the Petitioner's Motion to Reconsider is DENIED.

The Clerk is directed to incorporate this Order by reference into the docket for this case, pursuant to Rule 79(a), Maine Rules of Civil Procedure.

Dated: October 28, 2020

                                    _____
                                    JUSTICE, MAINE SUPERIOR COURT

1